**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 04-2086**

—————

UNTE CHEH, Dr.,

                                        Plaintiff - Appellant,

        versus

NILS D. DIAZ, Chairman, United States Nuclear
Regulatory Commission; UNITED STATES NUCLEAR
REGULATORY COMMISSION,

                                        Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-03-2414-8-AW)

—————

Submitted:  August 25, 2006          Decided:  September 15, 2006

—————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Unte Cheh, Appellant Pro Se.   Thomas Michael DiBiagio, United
States Attorney, Tarra R. DeShields-Minnis, OFFICE OF THE UNITED
STATES ATTORNEY, Baltimore, Maryland, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dr. Unte Cheh appeals the district court's order denying relief in his civil action asserting employment discrimination and other claims against his former employer.  We have reviewed the record and find no reversible error.[*]  Accordingly, we affirm for the reasons stated by the district court.  See <u>Cheh v. Diaz</u>, No. CA-03-2414-8-AW (D. Md. June 10, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]We did not consider any filings submitted after April 27, 2006, because the court made clear that it would consider only pleadings submitted on or before that date.